UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN J. CASTELLANO,

                Plaintiff,

v.

REBECCA MAHIN and
WISCONSIN DEPARTMENT OF
CORRECTIONS DIVISION OF
COMMUNITY CORRECTIONS,

                Defendants.

Case No. 17-CV-294-JPS

**ORDER**

On March 3, 2017, the Court ordered the plaintiff to obtain payment of his initial partial filing fee ("IPFF") no later than March 24, 2017, or this action would be dismissed without prejudice. (Docket #4). It is now March 30, 2017, and the Court has not received the IPFF or any other communication from the plaintiff regarding the filing fee. The Court must, therefore, dismiss this action without prejudice for the plaintiff's failure to pay the filing fee.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge